CARSON SWOPE (State Bar No. 353352)
Carson.Swope@winstontaylor.com
**WINSTON TAYLOR LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorney for Petitioner Sandoz Canada Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*In re* Application of Sandoz Canada Inc. for Subpoena to Internet Archive

Sandoz Canada Inc.,

Petitioner,

v.

Internet Archive

Respondent.

**Case No. 3:26-mc-80214**

**DECLARATION OF CARSON SWOPE IN SUPPORT OF SANDOZ CANADA INC.'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

I, Carson Swope, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am admitted to practice in the United States District Court, Northern District of California, am an attorney at Winston Taylor LLP, and am counsel of record for Applicant Sandoz Canada Inc. ("Sandoz," "Applicant," or "Petitioner") in the above-captioned matter. I submit this declaration in support of Sandoz's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings ("Application"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Sandoz's proposed subpoena to Internet Archive.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Statement of Claim for the allegations against Sandoz initiated by Aragon Pharmaceuticals, Inc. ("Aragon") and Janssen Inc. ("Janssen") for infringement of Canadian Patent No. 2,885,415 (the "'415 Patent") dated January 2, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Affidavit of Carson Swope filed in the Canadian Litigation, which was affirmed on June 22, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Affidavit of Maureen Rurka filed in the Canadian Litigation, which was sworn on May 8, 2026.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot from Internet Archive's website that describes the entity's headquarters, which was taken on July 2, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot from Internet Archive's website that describes the entity's general information, which was taken on July 2, 2026.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Affidavit of Mina Ching, a Records Request Processor at Internet Archive, which was affirmed on April 24, 2026, together with the exhibits attached thereto.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Letter of Request (Re: Internet Archive) sought by Sandoz Canada Inc. in *Aragon Pharms., Inc. v. Sandoz Can. Inc.*, Court

File No. T-9-25 (Can. Fed. Ct.) (filed Jan. 2, 2025), and issued by Associate Judge Trent Horne and Registry Officer Alexander Campanile on July 20, 2026.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Reasons and Order dated July 20, 2026, directing issuance of the Letter of Request to the Internet Archive sought by Sandoz Canada Inc. in *Aragon Pharms., Inc. v. Sandoz Can. Inc.*, Court File No. T-9-25 (Can. Fed. Ct.) (filed Jan. 2, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026, at San Francisco, California.

*/s/ Carson Swope*
Carson Swope