UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDOZ CANADA INC.,
Plaintiff,

v.

INTERNET ARCHIVE,
Defendant.

Case No. 26-mc-80214-JCS

**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Re: Dkt. No. 1

Petitioner Sandoz Canada Inc. filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings, seeking permission to serve a subpoena for documents and information on Internet Archive. [Docket No. 1.] The court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Petitioner shall serve the application and this Order on Internet Archive by no later than **August 5, 2026** and file proof of service. Internet Archive shall file any response to the application within 14 days of the date of service. By the same deadline, Petitioner and Internet Archive shall file a consent or declination form indicating whether they consent to the jurisdiction of a United States magistrate judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

**IT IS SO ORDERED.**

Dated: July 22, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California